

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-14-00616-CR

Arthur Thomas **MAYES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR2601A
Honorable Lorina I. Rummel, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
                Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice

Delivered and Filed:  November 26, 2014

DISMISSED FOR WANT OF JURISDICTION

On July 15, 2014, Appellant Arthur Mayes was convicted of the offense of assault causing serious bodily injury in cause number 2013-CR-2601A. Mayes entered a plea of nolo contendere, and the trial court assessed punishment at thirty-five years' confinement in the Institutional Division of the Texas Department of Criminal Justice.

On September 3, 2014, the district clerk filed a notification of late record indicating the record was not filed because Mayes had not filed a notice of appeal. The record does not contain a written notice of appeal. Although the record indicates that Mayes filed a motion for leave to

file a late notice of appeal, Texas Rule of Appellate Procedure 25.2(c) requires notice of appeal "be given in writing and filed with the trial court clerk." TEX. R. APP. PROC. 25.2(c).

On October 13, 2014, this court issued an order directing Mayes to show cause in writing, within fifteen days of the date of the order, why the appeal should not be dismissed for want of jurisdiction. We warned that if Appellant failed to show cause within the time provided, the appeal would be dismissed. *See* TEX. R. APP. P. 43.2(f).

No response was filed. This appeal is dismissed for want of jurisdiction.

PER CURIAM

DO NOT PUBLISH